1  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail:    *zalinder@sideman.com*
2  ERICA BRAND PORTNOY (State Bar No. 244923)
   E-Mail:    *eportnoy@sideman.com*
3  ANNA P. CHANG (State Bar No. 301468)
   E-Mail:    *achang@sideman.com*
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
5  San Francisco, California 94111-3711
   Telephone:  (415) 392-1960
6  Facsimile:  (415) 392-0827

7  Attorneys for Plaintiff
   LULULEMON ATHLETICA CANADA INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LULULEMON ATHLETICA CANADA INC., a Canadian corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROSS STORES, INC. dba DD'S DISCOUNTS, a Delaware corporation; and, IOPA, INC. dba IMPULSE OFF PRICE APPAREL, a California corporation,<br><br>Defendants. | Case No. 3:19-cv-03581-WHO<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

Plaintiff LULULEMON ATHLETICA CANADA INC. ("lululemon") and Defendants ROSS STORES, INC. dba DD'S DISCOUNTS ("Ross"), and, IOPA, INC. dba IMPULSE OFF PRICE APPAREL, ("IOPA," and together with Ross, "Defendants," and together with lululemon, the "Parties") (collectively, the "Parties") hereby **STIPULATE**, **AGREE**, and request that the Court **ORDER**, that Defendants are hereby voluntarily dismissed from the Civil Action with prejudice pursuant to Fed. R. Civ. Proc. 41(a), but that the Court shall retain jurisdiction to entertain such further proceedings, or take any further action as may be necessary or appropriate to enforce the provisions of this Order and/or the Parties' Confidential Settlement Agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April __3__, 2020      SIDEMAN & BANCROFT LLP

By: _/s/ Zachary J. Alinder_
Zachary J. Alinder
*Attorneys for Plaintiff*
lululemon athletica canada inc.

DATED: April __3__, 2020      LEWIS BRISBOIS

By: _/s/ Brian C. Vanderhoof_
Brian C. Vanderhoof
*Attorneys for Defendant*
IOPA, INC. dba IMPULSE OFF PRICE APPAREL

DATED: April __3__, 2020      Law Office of Frank N. Lee

By: _/s/ Frank N. Lee_
Frank N. Lee
*Attorneys for Defendant*
ROSS STORES, INC. dba DD'S DISCOUNTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 6, 2020

Honorable William H. Orrick
United States District Judge

## Attestation

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatory above.

DATED: April _3_, 2020               SIDEMAN & BANCROFT LLP


By: _____/s/ *Zachary J. Alinder*_____
                Zachary J. Alinder
                *Attorneys for Plaintiff*
                lululemon athletica canada inc.